JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARCELL DASHAWN JONES, | Case No. 2:19-01062 DSF (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| DANIEL LEVAO, et al., | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Second or Successive Federal Habeas Petition and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice for lack of jurisdiction.

DATED: May 23, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE